IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 20CR10041 |
| ) | |
| CA'QINTEZ GIBSON, ) | |
| ) | |
| Defendant. ) | |

**UNOPPOSED MOTION TO MODIFY CONDITIONS OF BOND**

Now comes the Defendant, CA'QUINTEZ GIBSON, and, moves this Honorable Court to modify the conditions of bond to remove the requirement of electronic home monitoring and curfew. In support Defendant states the following:

1. On June 9, 2020, Mr. Gibson, was arraigned and granted release on bond subject to conditions of home confinement including that he reside with a third-party custodian;

2. Mr. Gibson remains in compliance with all conditions of bond, maintains employment, pays child support, and communicates regularly with counsel;

3. Mr. Gibson is due to start a new job requiring him to start at times outside of the current conditions of bond;

4. Assistant United States Attorney, Ron Hanna, does not object to this modification of bond;

5. United States Probation Officer, Kelly McConkey, does not object to this motion.

WHEREFORE, Mr. Gibson requests that conditions of his bond be modified to eliminate the requirements of electronic home monitoring and curfew.

Respectfully submitted,

CA'QUINTEZ GIBSON
Defendant.

s/ Karl W. Bryning
KARL W. BRYNING
Assistant Federal Public Defender
401 Main Street, Suite 1500
Peoria, Illinois
Phone: (309) 671-7891
E-Mail: karl_bryning@fd.org
COUNSEL FOR DEFENDANT

CERTIFICATE OF SERVICE

I hereby certify that on September 1, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

>Mr. Ron Hanna
>Office of the U.S. Attorney
>211 Fulton Street
>Peoria, Illinois 61602
>
>s/ Karl W. Bryning
>KARL W. BRYNING
>Assistant Federal Public Defender
>401 Main Street, Suite 1500
>Peoria, Illinois
>Phone: (309) 671-7891
>E-Mail: karl_bryning@fd.org
>COUNSEL FOR DEFENDANT